Compas Medical, P.C., as Assignee of Austin Trout, Appellant, 
against
Citiwide Auto Leasing, Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (Ulysses Bernard Leverett, J.), entered December 10, 2013. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint.
For the reasons stated in Compas Med., P.C., as Assignee of Austin Trout v Citiwide Auto Leasing (___ Misc 3d ___, 2016 NY Slip Op ___ [appeal No. 2014-14 Q C], decided herewith), the order is affirmed.
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: October 11, 2016